IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | | |
|---|---|---|
| MICHAEL CHIPPOLLA, | ) | |
| | ) | |
| Petitioner, | ) | Case No. CV-05-109-S-BLW |
| | ) | |
| v. | ) | **JUDGMENT** |
| | ) | |
| Superintendant of SAWC, JERRY JOHNSON; and Director of Prisons, TOM BEAUCLAIR, | ) ) ) | |
| | ) | |
| Respondents. | ) | |
| _____ | ) | |

     On March 31, 2006, the Court entered an Order dismissing this action with prejudice.

Based upon that Order, and the Court being fully advised in the premises, IT IS HEREBY

ORDERED AND ADJUDGED that Petitioner's case is DISMISSED with Prejudice.

DATED: **March 31, 2006**

B. LYNN WINMILL
Chief Judge
United States District Court

**JUDGMENT - 1**